An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

LAKSMI NASHRINGA BRAITHWAITE,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65661

LAKSMI NASHRINGA BRAITHWAITE,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65662

**FILED**

JUN 1 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEALS

These are proper person appeals from purported orders of the district court denying post-conviction petitions for a writ of habeas corpus. Fifth Judicial District Court, Nye County; Kimberly A. Wanker, Judge.

No decision, oral or written, had been made on the petitions when appellant filed her appeals on May 9, 2014. Because appellant failed to designate an appealable order, we lack jurisdiction over these appeals, and we

ORDER these appeals DISMISSED.

_____, J.
Pickering

_____ J.
Parraguirre

_____, J.
Saitta

SUPREME COURT
OF
NEVAOA

(O) 1947A

14-19345

cc: Hon. Kimberly A. Wanker, District Judge
Laksmi Nashringa Braithwaite
Nye County District Attorney
Attorney General/Carson City
Nye County Clerk